UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:22-cr-259-WFJ-AEP

ALEKSANDR VIKTOROVICH IONOV,
    a/k/a "Alexander Ionov,"
    a/k/a "Sasha"

## MOTION TO UNSEAL

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, moves this court to enter an order directing that the Indictment and associated documents (the "Indictment") filed in the instant case be unsealed at 6:00 a.m. on July 29, 2022.

The United States initially requested the sealing of this filing on July 26, 2022 in order to safeguard from public scrutiny certain sensitive information that would come to light were the proceedings to become public knowledge. The United States also requested that the Court authorize filing of the Indictment as a "Highly Sensitive Document" pursuant to the Chief Judge for the Middle District of Florida's February 10, 2021, Administrative Order bearing Case No. 3:21-mc-1-TJC.

Federal law enforcement has planned operations associated with this case for 6:00 a.m. on July 29, 2022. Accordingly, at that time the necessity for the sealing of said file and for treating said file as a Highly Sensitive Document will no longer exist.

For these reasons, the United States respectfully requests that the Court enter an Order directing that the Indictment be unsealed and no longer treated as a Highly

Sensitive Document at 6:00 a.m. on July 29, 2022.

Dated this 28th day of July, 2022.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

   By: s/Daniel J. Marcet
      Daniel J. Marcet
      Assistant United States Attorney
      Florida Bar No. 0114104
      400 W. Washington Street, Suite 3100
      Tampa, Florida 33602-4798
      Telephone: (813) 274-6000
      Facsimile: (813) 274-6358
      E-mail: Daniel.Marcet@usdoj.gov