UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:22-cr-259-WFJ-AEP

ALEKSANDR VIKTOROVICH IONOV
    a/k/a "Alexander Ionov,"
    a/k/a "Sasha"

## NOTICE OF APPEARANCE

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

Trial Attorney Menno Goedman has been assigned as co-counsel in this case. Please forward all materials in this case to both counsel and co-counsel from this date forward.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

*/s/ Menno Goedman*
Menno Goedman, Trial Attorney
Counterintelligence & Export Control Section
National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Office: (202) 514-2147
Menno.Goedman@usdoj.gov