UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

ALEKSANDR VIKTOROVICH IONOV
    a/k/a "Alexander Ionov,"
    a/k/a "Sasha,"
YEGOR SERGEYEVICH POPOV,
    a/k/a "Egor,"
    a/k/a "Yegorka,"
ALEKSEY BORISOVICH SUKHODOLOV,
    a/k/a "Borisych,"
    a/k/a "AB,"
    a/k/a "X2,"
OMALI YESHITELA,
    a/k/a "Joseph Waller,"
PENNY JOANNE HESS,
JESSE NEVEL,
    a/k/a "Jesse Nevelsky," and
AUGUSTUS C. ROMAIN, JR.,
    a/k/a "Gazi Kodzo"

CASE NO. 8:22-cr-259-WFJ-AEP
18 U.S.C. § 371
18 U.S.C. § 951

## MOTION TO UNSEAL

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby moves the Court to enter an order directing that the Superseding Indictment and associated documents (the "Superseding Indictment") filed in the instant case be unsealed at 9:00 a.m. on April 18, 2023.

The United States initially requested the sealing of this filing on April 13, 2023, because disclosure of the existence of these documents prior to the arrest of a defendant could hinder or impede arrest efforts. Law enforcement intends to coordinate the arrest and/or transportation to the Middle District of Florida of one

defendant and the self-surrender of certain other defendants on or after April 18, 2023. Accordingly, the necessity for keeping the Superseding Indictment under seal will no longer exist.

For these reasons, the United States respectfully requests that the Court enter an Order directing that the Superseding Indictment be unsealed at 9:00 a.m. on April 18, 2023.

Dated this 17th day of April, 2023.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: *[signature]*

Risha Asokan
Assistant United States Attorney
Florida Bar No. 1003398
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: risha.asokan2@usdoj.gov