UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

ALEKSANDR VIKTOROVICH IONOV
    a/k/a "Alexander Ionov,"
    a/k/a "Sasha,"
YEGOR SERGEYEVICH POPOV,
    a/k/a "Egor,"
    a/k/a "Yegorka,"
ALEKSEY BORISOVICH SUKHODOLOV,
    a/k/a "Borisych,"
    a/k/a "AB,"
    a/k/a "X2,"
OMALI YESHITELA,
    a/k/a "Joseph Waller,"
PENNY JOANNE HESS,
JESSE NEVEL,
    a/k/a "Jesse Nevelsky," and
AUGUSTUS C. ROMAIN, JR.,
    a/k/a "Gazi Kodzo"

CASE NO. 8:22-cr-259-WFJ-AEP
18 U.S.C. § 371
18 U.S.C. § 951

## ORDER

This matter before the Court is the government's In Camera motion to unseal the Superseding Indictment and associated documents (the "Superseding Indictment") in the instant case. In its Motion, the United States has requested that the Court enter an Order directing that the Superseding Indictment be unsealed at 9:00 a.m. on April 18, 2023.

It is hereby ORDERED that, at 9:00 a.m. on April 18, 2023, the Superseding Indictment in the instant case shall be UNSEALED. The Clerk of Court is hereby directed to docket this Order no earlier than 9:00 a.m. on April 18, 2023.

DONE AND ORDERED at Tampa, Florida, this \_\_17\_\_ day of April, 2023.

*[signed]*
ANTHONY E. PORCELLI
United States Magistrate Judge

Copies to: Risha Asokan
Assistant United States Attorney