AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

**SEALED**

| United States of America | ) |
|---|---|
| v. | ) |
| PENNY JOANNE HESS | ) Case No. 8:22-cr-259-WFJ-AEP |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* PENNY JOANNE HESS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to act as an agent of a foreign government and foreign officials, in violation of 18 U.S.C. §§ 371 and 951.

Date: 4/14/2023

*Issuing officer's signature* Melanie Bowman

City and state: Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 4/18/23, and the person was arrested on *(date)* 5/2/23
at *(city and state)* Tampa, FL

Date: 5/2/23

*Arresting officer's signature*

Ashley Haynes, Special Agent
*Printed name and title*