UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:22-cr-259-WFJ-AEP | **DATE:** | May 2, 2023 |
| **HONORABLE SEAN P. FLYNN** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA | | **LANGUAGE:** | |
| v. | | **GOVERNMENT COUNSEL** Daniel Marcet, AUSA | |
| OMALI YESHITELA PENNY JOANNE HESS | | **DEFENSE COUNSEL** Ade Griffin, Retained  Leonard Goodman, Retained | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Eric Calderon |
| **TIME:** 2:37 – 2:58 | **TOTAL:** 0:21 | **COURTROOM:** | 11B |

**PROCEEDINGS: INITIAL APPEARANCE / ARRAIGNMENT / DETENTION**

- [X] BOTH DEFENDANTS PRESENT AND ADVISED OF CHARGES
- [X] BOTH DEFENDANTS ARRESTED (Self Surrendered) ON: 5/2/23
- [X] BOTH DEFENDANTS PROVIDED WITH COPY OF INDICTMENT COURT SUMMARIZED CHARGES
- [X] COURT ADVISES BOTH DEFENDANTS OF RULE 5 RIGHTS
- [X] COURT ORAL ORDER DUE PROCESS PROTECTIONS ACT
- [X] BOTH DEFENDANT'S HAVE RETAINED COUNSEL
- [X] GOVERNMENT ORAL MOTION FOR RELEASE as to Omali Yeshitela
- [X] GOVERNMENT ORAL MOTION FOR RELEASE as to Penny Joanne Hess
- [X] GOVERNMENT POSITION AS TO BOTH DEFENDANTS: $25,000.00 Signature Bond, Report to U.S. Pretrial Services as directed, surrender passport, no new travel documents, travel permitted in the United States subject to approval by U.S. Pretrial Services, shall not possess any firearms
- [X] DEFENDANT Omali Yeshitela agrees with conditions proffered by Government
- [X] DEFENDANT Penny Joanne Hess agrees with conditions proffered by Government
- [X] COURT ORDERS: Omali Yeshitela and Veronica Jo Barback RELEASED
  COURT ORDERS: BOTH DEFENDANTS - $25,000.00 Signature Bond, surrender passports to their attorneys, shall not obtain a passport or any new travel documents, both Defendants shall return to the State of Missouri by May 20, 2023 and travel is restricted to the State of Missouri unless pre-approved by U.S. Pretrial Services or as directed by the Court, shall not possess a firearm

- [X] INDICTMENT FILED AND COPIED TO BOTH DEFENDANTS
- [X] BOTH DEFENDANTS WAIVED READING OF INDICTMENT
- [X] BOTH DEFENDANTS NOT GUILTY PLEAS ENTERED AS TO COUNTS ___ALL___
- [X] TRIAL SET FOR WEEKS OF  JUNE 5, 2023 AT 9:00 A.M.   BEFORE WILLIAM F. JUNG
- [X] TELEPHONIC STATUS CONFERENCE:  MAY 11, 2023 AT 11:00  BEFORE WILLIAM F. JUNG
- [X] BOTH DEFENDANTS ORAL MOTIONS FOR RULE 16(A) DISCOVERY
- [X] GOVERNMENT ORAL MOTION FOR RULE 16(B) DISCOVERY
- [X] GOVERNMENT TO PROVIDE RULE 16(A); DEFENDANTS TO PROVIDE RULE 16(B)
- [X] MAGISTRATE JUDGE **PORCELLI** TO ENTER PRE-TRIAL DISCOVERY ORDER.
- [X] PRETRIAL DISCOVERY ORDER TO BE FILED ELECTRONICALLY