UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:22-cr-259-WFJ-AEP

ALEKSANDR VIKTOROVICH IONOV, et al.

### NOTICE OF APPEARANCE

The United States of America, by and through the undersigned attorneys, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

Trial Attorney Demetrius D. Sumner has been assigned as co-counsel in this case. Please forward all materials in this case to both counsel and co-counsel from this date forward.

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section

By: */s/ Demetrius D. Sumner*
Demetrius D. Sumner
Trial Attorney, Public Integrity Section
U.S. Department of Justice, Criminal Division
PA Bar No. 321406
1301 New York Avenue, 10th Floor
Washington, D.C. 20530
Phone: (202) 597 – 0775
Email: Demetrius.Sumner2@usdoj.gov