UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                                 Case No.  8:22-cr-259-WFJ-AEP

OMALI YESHITELA
a/k/a "Joseph Waller,"
PENNY JOANNE HESS,
JESSE NEVEL,
a/k/a "Jesse Nevelsky," and
AUGUSTUS C. ROMAIN, JR.,
a/k/a "Gazi Kodzo"
_____/

## ORDER

Before the Court is the United States' Motion for Appointment of a Classified Information Security Officer (Doc. 65) ("Motion"), by which the United States requests the Court designate Matthew W. Mullery as the Classified Information Security Officer ("CISO") for this matter (Doc. 65, 19). Additionally, the United States requests the Court to designate the following individuals as alternate CISOs: Daniel O. Hartenstine, Daniella M. Medel, Connor B. Morse, Harry J. Rucker, and Winfield S. Slade (*Id.*).

1

As provided by 18 U.S.C. App. III § 9; Pub. L. 96-456, 94 Stat. 2025 (1980) (amended 2004):

> [i]n any proceeding in a criminal case or appeal therefrom in which classified information is within, or is reasonably expected to be within, the custody of the court, the court will designate a "classified information security officer." The Attorney General or the Department of Justice Security Officer will recommend to the court a person qualified to serve as a classified information security officer. This individual will be selected from the Litigation Security Group, Security and Emergency Planning Staff, Department of Justice, to be detailed to the court to serve in a neutral capacity. The court may designate, as required, one or more alternate classified information security officers who have been recommended in the manner specified above.
>
> The classified information security officer must be an individual with demonstrated competence in security matters. Prior to designation, the Department of Justice Security Officer must certify in writing that the classified information security officer is properly cleared, i.e., possesses the necessary clearance for the level and category of classified information involved.
>
> *Id.*

In conjunction with the Motion, the United States provided the court with a May 17, 2023 letter from the Department Security Officer, which properly certifies the proposed CISO and alternate CISOs.

Accordingly, after due consideration, it is **ORDERED** that the Motion (Doc. 65) is **GRANTED,** and for this matter Matthew W. Mullery is designated as the CISO and Daniel O. Hartenstine, Daniella M. Medel, Connor B. Morse, Harry J. Rucker, and Winfield S. Slade are designated as alternate CISOs.

**DONE AND ORDERED** in Tampa, Florida on this 17th day of May 2023.

*[signature]*

ANTHONY E. PORCELLI
United States Magistrate Judge