UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:22-cr-259-WFJ-AEP

Penny Hess, et al.

**UNITED STATES' MOTION FOR LEAVE TO FILE RESPONSE IN EXCESS OF TWENTY PAGES**

The United States hereby requests leave to file a Response to the Defendant's Motion to Dismiss the Superseding Indictment in excess of the Court's page-limit, and states in support as follows:

1. On or about July 17, 2023, the defendant Penny Hess filed a Motion to Dismiss the Superseding Indictment in this case (Doc. 107). This Court granted the Defendant's motion for leave to file excess pages in connection with that Motion.

2. The Court ordered the United States to respond to the Defendant's Motion by August 8, 2023.

3. The United States respectfully requests that the Court grant the United States permission to file a response of approximately thirty-two pages in length. In order to respond to the Defendants' arguments, the United States must discuss in some detail the allegations in the 36-page Superseding Indictment, the history and purpose of the crime charged in this case, and a wide-range of Supreme Court and Eleventh Circuit First Amendment caselaw. The United States respectfully submits

that thirty-two pages is a reasonable length in order to adequately address these issues.

4.  The undersigned AUSA has conferred with counsel for defendant Hess, who does not oppose the relief sought in this Motion.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: */s/ Daniel J. Marcet*
Daniel J. Marcet
Risha Asokan
Assistant United States Attorneys
Florida Bar No. 0114104
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
E-mail: Daniel.Marcet@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Leonard Goodman, Esq.

*/s/ Daniel J. Marcet*
Daniel J. Marcet
Assistant United States Attorney
Florida Bar No. 0114104
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Daniel.Marcet@usdoj.gov