UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:22-cr-259-WFJ-AEP | DATE: | September 28, 2023 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | **INTERPRETER:** | n/a |
| UNITED STATES OF AMERICA<br><br>v.<br><br>OMALI YESHITELA<br>PENNY JOANNE HESS<br>JESSE NEVEL<br>AUGUSTUS C. ROMAIN, JR. | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL**<br>Daniel Marcet, Risha Asokan, Demetrius Sumner | |
| | | **DEFENSE COUNSEL**<br>Ade Griffin and Tom Inskeep, Esq.<br>Leonard Goodman Esq.<br>Mutaqee Akbar Esq.<br>Daniel Hernandez Esq. | |
| **COURT REPORTER:** Susie Cayler – digital | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** | 9:40 to 11:59 | **TOTAL:** 2.19 min | **PRETRIAL:** | |
| | | **COURTROOM:** | 10A |

**PROCEEDINGS: MOTION HEARING**

MOTION to Dismiss Superseding Indictment by Penny Joanne Hess. (dkt #107). The motion has been adopted by the other defendants.

Oral argument heard.

Break 11:43  Resume 11:55

Matter is taken under advisement.