UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| CASE NO.:   8:22-CR-259-WFJ-AEP | DATE:   December 14, 2023 |
|---|---|
| **HONORABLE WILLIAM F. JUNG** | |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**AUGUSTUS C. ROMAIN JR.**<br>**JESSE NEVEL**<br>**OMALI YESHITELA**<br>**PENNY JOANNE HESS** | **GOVERNMENT COUNSEL:**<br>Daniel J. Marcet and Risha Asokan, AUSA |
| | **DEFENDANT COUNSEL:**<br>Daniel Hernandez, CJA<br>Mutaqee Akbar, Retained<br>Ade Griffin, Retained<br>Angela Reaney and Leonard Goodman, Retained |
| **COURT REPORTER:** Tracey Aurelio | **DEPUTY CLERK:** Javaris Gooding-Butts |
| **TIME:** 11:07 AM - 11:17 AM **TOTAL:** 10 Minutes | **COURTROOM:** Telephonic |

**PROCEEDINGS:** TELEPHONIC STATUS CONFERENCE

Court called to order.

Counsel identified for the record.

The Court addressed the pending motion with the parties.

The Government presented their status of the case.

Mr. Goodman addressed the Court with issues pertaining to his client Defendant Hess.

Oral motion to continue by the Defense. No objections by the Government.

The Court GRANTED the motion to continue. Pursuant to 18 U.S.C. § 3161(h)(7)(a), the Court finds that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial, the reasons being to permit both sides to adequately prepare for trial and resolve issues pertinent thereto. This time is, therefore, deemed EXCLUDABLE until trial.

Status Conference:  February 2024

Court adjourned.