**JUROR QUESTIONNAIRE**

Name: _____

Participant No.: _____

> **INSTRUCTIONS**: Complete the **JUROR QUESTIONNAIRE** and **JURY INFORMATION FORM** in blue or black ink and return immediately in the enclosed envelope.

**The Court anticipates a trial of 3-4 weeks in Tampa, with court beginning around 9:00 AM and concluding around 5:00 PM.**

1. Are there any reasons that you would have difficulty participating as a juror in a trial of this length? (Yes/No) _____ If yes, please explain below.
   _____
   _____
   _____
   _____
   _____

2. Do you care for a minor or dependent person in such a way that service on a jury for 3-4 weeks would create a significant hardship for you? (Yes/No) _____ If yes, please explain the impact such jury service would have on your care and what alternative measures are available to you.
   _____
   _____
   _____

3. Are you employed outside the home? (Yes/No) _____ If yes, please list your employer:
   _____

4. Is your spouse employed outside the home? (Yes/No) _____ If yes, please list your spouse's employer:
   _____

Thank you for your cooperation.  Please make sure you have answered all questions and sign below.

_____          _____
**DATE**                             **JUROR'S SIGNATURE**