UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

Case No.: 8:22-cr-259-WFJ-AEP

v.

OMALI YESHITELA,
PENNY HESS,
JESSE NEVEL, and
AUGUSTUS C. ROMAIN, JR.

**UNITED STATES' NOTICE OF INTENT TO INTRODUCE RECORDS OF THE ABSENCE OF A RECORD OF A REGULARLY CONDUCTED ACTIVITY**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this Notice of Intent to Introduce Records of the Absence of a Regularly Conducted Activity, pursuant to Federal Rules of Evidence 803(6), 803(7), and 902(11). Specifically, the United States intends to introduce the attached Record Search Certification, which establishes that the Defendants and their co-conspirators have never notified the Attorney General that they intended to act as Russian government agents within the United States, as alleged in the Superseding Indictment. The version attached hereto contains the personal identifying information of the Defendants redacted, an unredacted copy will be provided in discovery.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By: */s/ Daniel J. Marcet*
   Daniel J. Marcet, AUSA
   Florida Bar No. 0114104
   400 N. Tampa St., Ste. 3200
   Tampa, FL 33602-4798
   (813) 274-6000 | Daniel.Marcet@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

 Ade Griffin, Esq.
 Mutaqee Akbar, Esq.
 Mark O'Brien, Esq.
 Leonard Goodman, Esq.

        */s/ Daniel J. Marcet*
        Daniel J. Marcet
        Assistant United States Attorney
        Florida Bar No. 0114104
        400 N. Tampa St., Ste. 3200
        Tampa, FL 33602-4798
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6358
        E-mail: Daniel.Marcet@usdoj.gov