

U.S. Department of Justice

National Security Division

*Counterintelligence and Export Control Section*  Washington, D.C. 20530

## Record Search Certification

Under regulations promulgated by the Attorney General (Title 28, Code of Federal Regulations, Section 73.3(a)), notification that a person is acting in the United States as an agent of a foreign government under Title 18, United States Code, Section 951 shall be made in writing to the Attorney General, directed to the attention of the National Security Division. Notifications received by the National Security Division are maintained in the Foreign Agents Registration Act (FARA) Unit computer database.

I am qualified to authenticate and attest to records in the FARA Unit computer database because I am familiar with how those records are created, managed, stored, and retrieved.

I certify that I conducted a diligent search of the FARA Unit computer database and found no records of notification that any of the persons listed in Attachment A was acting in the United States as an agent of a foreign government under Title 18, United States Code, Section 951.

I attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I further state that this certification is intended to satisfy Rules 803(6), 803(7) and 902(11) of the Federal Rules of Evidence.

Date: July 18, 2024

Name and Title of Certifying Officer

Jeffrey J. Gilday
Program Analyst
Counterintelligence and Export Control Section
FARA Unit
U.S. Department of Justice

**Attachment A**

*U.S. Defendants*

Penny Joanne Hess
DOB: ▮
SSN: ▮

Jesse Alexander Nevel
DOB: ▮
SSN: ▮

Augustus Claudius Romain, Jr.
aka Gazi Kodzo
DOB: ▮
SSN: ▮

Omali Yeshitela
aka Joseph Allen Waller
DOB: ▮
SSN ▮

*Russian Defendants*

Alexander Viktorovich Ionov
DOB: ▮

Egor Sergeyevich Popov
DOB: ▮

Aleksei Borisovich Sukhodolov
DOB: ▮