UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

Case No.: 8:22-cr-259-WFJ-AEP

v.

OMALI YESHITELA,
PENNY HESS,
JESSE NEVEL, and
AUGUSTUS C. ROMAIN, JR.

## UNITED STATES' NOTICE OF INTENT TO INTRODUCE RECORDS OF A REGULARLY CONDUCTED ACTIVITY

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this Notice of Intent to Introduce Records of a Regularly Conducted Activity, pursuant to Federal Rules of Evidence 803(6) and 902(11). Specifically, the United States may seek to introduce some or all of the following records:

1. The United States may seek to introduce records from BNY Mellon bank account belonging to Alexander Viktorovich Ionov. The records to be introduced were provided at Bates DISC-094206. The 902(11) certificate for these records is attached hereto as Exhibit 1.

2. The United States may seek to introduce records from PayPal accounts belonging to the defendants and their co-conspirators. The records to be introduced were produced at Bates DISC-127484 to 127487, 127559, and 128132 to 128135, and 128139, and the 902(11) certificates for these records is attached hereto as Exhibit 2.

1

3. The United States may seek to introduce records from Regions Bank accounts belonging to the defendants and their co-conspirators. The records to be introduced were produced at Bates DISC-115280 to 117337, and the 902(11) certificates for these records is attached hereto as Exhibit 3.

4. The United States may seek to introduce records from PNC Bank accounts belonging to the defendants and their co-conspirators. The records to be introduced were produced at Bates DISC-113630 to 114491, and the 902(11) certificates for these records is attached hereto as Exhibit 4.

5. The United States may seek to introduce records from TD Bank accounts belonging to the defendants and their co-conspirators. The records to be introduced were produced at Bates DISC-118319 to 120121, and the 902(11) certificates for these records is attached hereto as Exhibit 5.

6. The United States may seek to introduce records from JP Mogan Chase accounts belonging to the defendants and their co-conspirators. The records to be introduced were produced at Bates 191576 to 193720, and the 902(11) certificates for these records is attached hereto as Exhibit 6.

7. The United States may seek to introduce records from Apple iCloud search warrants for Apple IDs belonging to Alexander Ionov and Yegor Popov. The full search warrant returns were produced in the original discovery production, and the specific records to be introduced were produced as anticipated trial exhibits in the following folders: 1B5_DETP5_1808801962_Final; 1B5_DETP5_1817592606_Final; and 1B5_DETP5_1817592606_Supp_Final. Rule 902(11) certificates for these records

are included along with the trial exhibits in the "Business Records Certifications" folder, and are attached hereto as Exhibit 7.

  8. The United States may seek to introduce records from Microsoft Skype search warrants for Skype accounts belonging to the defendants and their co-conspirators. The records to be introduced consisting of all of the contents of the folder "Skype 8.31," produced in the original discovery production. A Rule 902(11) certificate for these records is attached hereto as Exhibit 8.

  9. The United States may seek to introduce additional records from Apple iCloud search warrants for Apple IDs antiglobalist1@icloud.com and vkoim.popov@yandex.ru. The full search warrant returns were produced in the original discovery production, and the specific records to be introduced were produced as anticipated trial exhibits in the following folders: 1B8_1808801962_04222022_Final; and 1B8_1817592606_04222022_Final. Rule 902(11) certificates for these records are included along with the trial exhibits in the "Business Records Certifications" folder, and are attached hereto as Exhibit 9.

  10. The United States may seek to introduce Google search warrant records from Google accounts belonging to Jesse Nevel and another individual. The full search warrant returns were produced in the original discovery production, and the specific records to be introduced were produced as anticipated trial exhibits in the following folders: 1B11_DETP11_erithacainion_1B199; 1B11_DETP11_JesseNevel_1B198; and 1B11_DETP11_Witchofcolor_1B200. Rule 902(11) certificates for these records are included along with the trial exhibits in the

"Business Records Certifications" folder, and are attached hereto as Exhibit 10.

11. The United States may seek to introduce additional records from Apple iCloud search warrants for Apple IDs belonging to Jesse Nevel, Omali Yeshitela, and Penny Hess. The full search warrant returns were produced in the original discovery production, and the specific records to be introduced were produced as anticipated trial exhibits in the following folders: 1B12_DETP12_JesseNevel_1B201; 1B12_DETP12_Omaliyesh_1B203; and 1B12_DETP12_PennyUhuru_1B202. Rule 902(11) certificates for these records are included along with the trial exhibits in the "Business Records Certifications" folder, and are attached hereto as Exhibit 11.

12. The United States may seek to introduce records from a search warrant for Facebook account belonging to Omali Yeshitela. The full search warrant returns were produced in the original discovery production, and the specific records to be introduced were produced as anticipated trial exhibits in the folder: 1B13_DETP13_FB_Yeshitela_1B204. Rule 902(11) certificates for these records are included along with the trial exhibits in the "Business Records Certifications" folder, and are attached hereto as Exhibit 12.

13. The United States may seek to introduce additional records from Apple iCloud search warrants for Apple IDs antiglobalist1@icloud.com and vkoim.popov@yandex.ru. The full search warrant returns were produced in the original discovery production, and the specific records to be introduced were produced as anticipated trial exhibits in the following folder: 1B163_1817592606_11252022_Final. Rule 902(11) certificates for these records is

attached hereto as Exhibit 13.

14. The United States may seek to introduce additional records from Apple iCloud search warrants for Apple ID gt68art. The full search warrant returns were produced in the original discovery production, and the specific records to be introduced were produced as anticipated trial exhibits in the following folder: 1B164 - Apple iCloud - gt68art. Rule 902(11) certificates for these records are included along with the trial exhibits in the "Business Records Certifications" folder, and are attached hereto as Exhibit 14.

15. The United States may seek to introduce additional records from Google search warrants for a Google account belonging to Penny Hess. The full search warrant returns were produced in the original discovery production, and the specific records to be introduced were produced as anticipated trial exhibits in the following folder: 1B171_DETP171_Final_1B179. Rule 902(11) certificates for these records are included along with the trial exhibits in the "Business Records Certifications" folder, and are attached hereto as Exhibit 15.

16. The United States may seek to introduce records from United Airlines, related to travel by Augustus Romain. The records to be introduced were produced at Bates DISC-12494 to 124309, and the 902(11) certificates for these records is attached hereto as Exhibit 16.

17. The United States may seek to introduce records from the U.S. Department of State, related to a visa obtained by Aleksey Borisovich Sukhodolov. The records to be introduced were produced at Bates DISC-181 to 190, and the

902(11) certificates for these records is attached hereto as Exhibit 17.

18. The United States may seek to introduce records from U.S. Customs and Border Protection, related to travel by Omali Yeshitela. The records to be introduced were produced at Bates DISC-191 to 206, and the 902(1)/902(11) certificates for these records is attached hereto as Exhibit 18.

19. The United States may seek to introduce records from Facebook search warrants for Facebook accounts JesseNevel and PennyUhuru. The full search warrant returns were produced in the original discovery production, and the specific records to be introduced were produced as anticipated trial exhibits in the following folders: 1B7_DETP7_FB_JesseNevel_1B196 and 1B7_DETP7_FB_PennyUhuru_1B197. Rule 902(11) certificates for these records and associated indexes are too large to attach as an electronic filing, but they were produced alongside the anticipated trial exhibits in the "Business Records Certifications" folder, in subfolders named "1B7 - Facebook – JesseNevel" and "1B7 - Facebook –Penny Uhuru."

The United States respectfully requests that the Court permit the United States to introduce these records at the beginning of the trial, without the need to call any witness to establish their authenticity. Doing so will greatly increase the efficiency of this trial.

         Respectfully submitted,

         ROGER B. HANDBERG
         United States Attorney

By: */s/ Daniel J. Marcet*
   Daniel J. Marcet, AUSA
   Florida Bar No. 0114104
   400 N. Tampa St., Ste. 3200
   Tampa, FL 33602-4798
   Telephone: (813) 274-6000
   E-mail: Daniel.Marcet@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

 Ade Griffin, Esq.
 Mutaqee Akbar, Esq.
 Mark O'Brien, Esq.
 Leonard Goodman, Esq.

         */s/ Daniel J. Marcet*
         Daniel J. Marcet
         Assistant United States Attorney
         Florida Bar No. 0114104
         400 N. Tampa St., Ste. 3200
         Tampa, FL 33602-4798
         Telephone: (813) 274-6000
         Facsimile: (813) 274-6358
         E-mail: Daniel.Marcet@usdoj.gov