UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.:  8:22-cr-259-WFJ-AEP

UNITED STATES OF AMERICA
                              Plaintiff,

vs.

PENNY HESS,
                    Defendant.
_____/

## DEFENDANT'S MOTION IN LIMINE REGARDING HEARSAY TESTIMONY OF FBI AGENT

Comes Now the Defendant, **PENNY HESS,**[1] by and through undersigned

counsel, files this Motion in Limine Regarding Hearsay Testimony of FBI Agent.

As grounds thereof the following is set forth:

1.       Defendant objects to certain aspects of the testimony of FBI agent

Kory Miller. Defendant does not object to Agent Miller testifying that he met with

a man identified in a photograph offered into evidence. However, Defendant

objects to Agent Miller testifying to anything that individual said to Agent Miller,

including testimony that (1) the man identified himself as Sukhodolov, (2) that

Sukhodolov was meeting with Agent Miller in a governmental or official capacity,

or (3) that Sukhodolov worked for the Russian government/FSB, as inadmissible

hearsay.

---

[1] This Motion in Limine is filed on behalf of Defendant Penny Hess, although the arguments set forth apply equally to all Defendants.

2.      Statements by Sukhodolov to Agent Miller do not qualify as co-conspirator hearsay because they were not made in furtherance of the conspiracy. The "in furtherance" requirement is mandated by the case law, *Dutton v. Evans*, 400 U.S. 74, 81, 91 (1970); *Wong Sun v. United States*, 371 U.S. 471, 490 (1963); *Krulewitch v. United States*, 336 U.S. 440, 443-44 (1949), and has been specifically retained as a requirement in Rule 801(d)(2)(E).

3.      The principal question when determining whether a statement is in furtherance of a conspiracy is whether the statement was intended to promote the goals of the conspiracy. See *United States v. Johnson*, 469 F. Supp. 3d 193, 212–13 (S.D.N.Y. 2019). Casual conversation about past events, idle chatter between co-conspirators, or merely narrative descriptions by one co-conspirator of the acts of another do not qualify as statements in furtherance of the conspiracy. *Id*.

4.      Sukhodolov's statements to Agent Miller cannot be said to be in furtherance of the conspiracy. These statements in no way advanced the interests of the alleged conspiracy between the Defendant and Sukhodolov.

5.      In the *United States v. Lang*, 589 F.2d 92 (2d Cir. 1978), the Government attempted to argue that hearsay statements made by a co-conspirator were "in furtherance" of the conspiracy because it was in the defendant's interest to have his co-conspirators able to continue in illegal acts without detection. The court was unpersuaded and held: "[The co-conspirator's] conversation with James did nothing to advance any venture in which [the defendant] was concerned. In

fact, it would, if anything, discourage any future dealings between the two. There is no evidence that [the defendant] had any interest whatsoever in any other business [the co-conspirator] might have." *Id*. at 100.

6.      Similarly, Defendant had no interest in Sukhodolov's statements to Agent Miller. They did not advance the Defendant's interests or any alleged conspiracy between the Defendant and Sukhodolov, and therefore are not admissible as co-conspirator hearsay.

**WHEREFORE**, based upon the foregoing, Defendant requests that the Court enter an order that the Government shall not permit testimony by Agent Kory Miller of any statements made by an individual known as Sukhodolov as inadmissible hearsay.

Respectfully submitted,


/s/ Angela J. Reaney
ANGELA J. REANEY



Leonard C. Goodman
Angela J. Reaney
Goodman Law Office
53 W. Jackson
Suite 1650
Chicago, Illinois  60604
(312) 986-1984

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/   Angela J. Reaney

Angela J. Reaney
53 W. Jackson
Suite 1650
Chicago, Illinois 60604
(312) 986-1984