UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

      v.                         CASE NO.   8:22-cr-259-WFJ-AEP

OMALI YESHITELA,
      a/k/a "Joseph Waller,"
PENNY JOANNE HESS,
JESSE NEVEL,
      a/k/a "Jesse Nevelsky," and
AUGUSTUS C. ROMAIN, JR.,
      a/k/a "Gazi Kodzo"

### UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO DEFENDANTS' POSTTRIAL MOTIONS

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, respectfully seeks two additional weeks to respond to the defendants' posttrial motions. The Court previously allowed the defendants two additional weeks to file their posttrial motions. Doc. 299. The defendants filed their motions on or before October 11, 2024. Docs. 304-308. The government's responses are due within 14 days of the defendants' filings. Local Rule 3.01(c). Because of Hurricane Milton-related hardships and lead AUSA Daniel Marcet's personal leave, however, the government respectfully requests that the Court extend the deadline to respond to November 7, 2024.

Counsel for the defendants do not object to the relief sought herein.

          Respectfully submitted,

          ROGER B. HANDBERG
          United States Attorney

By:   */s/ Risha Asokan*
      Risha Asokan
      Assistant United States Attorney
      Florida Bar No. 1003398
      400 N. Tampa St., Ste. 3200
      Tampa, FL 33602-4798
      Telephone: (813) 274-6000
      Facsimile: (813) 274-6358
      E-mail: risha.asokan2@usdoj.gov

**U.S. v. Omali Yeshitela, et. al**  **Case No. 8:22-cr-259-WFJ-AEP**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on October 14, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.