IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

Tampa Division

UNITED STATES OF AMERICA,       CASE No.
    Plaintiff      8:22-cr-00259-WFJ-AEP

VS.

ALEKSANDR IONOV
et al.
    Defendants

---

**NOTICE OF APPEARANCE.**

The undersigned attorney files a Notice of Appearance on behalf of ALEKSANDR IONOV as his defense counsel.  All records and correspondence concerning this matter involving ALEKSANDR IONOV should be addressed to the undersigned as follows:

George Lambert, Esq.
FL bar 1022697, DC bar 979327, MA bar 568769
The Lambert Law Firm Professional Corp.
421 Poinciana Dr., #1422, Sunny Isles Beach, FL 33160;
Tel. (305) 938 0600; (202) 640 1897, Fax (800) 952 1950
Email: Office.Law.323@gmail.com

The present appearance is subject to any objections to jurisdiction over defendant.

Dated: February 22, 2025      Respectfully submitted,

_____ George Lambert /signed/

George Lambert, Esq.
FL bar #1022697, D.C. bar #979327; MA bar # 568769;
421 Poinciana Dr., Sunny Isles Beach, FL 33160;
Tel. (305) 938 0600; Fax (800) 952 1950
Email: Office.Law.323@gmail.com

CERTIFICATE OF SERVICE.

The undersigned certifies that on this day, the foregoing was filed with the ECF/CM/Pacer Efiling Portal to all parties of record.

Dated: February 22, 2025

/*signed George Lambert*/

George Lambert, Esq.