# EXHIBIT A

**Office Law** <office.law.323@gmail.com>  Feb 25, 2025, 10:56 AM

to daniel.marcet, demetrius.sumner2, menno.goedman, risha.asokan2

Daniel J. Marcet, Esq.
United States Attorney's Office
Tampa Division, 400 North Tampa Street Suite 3200 Tampa, FL 33602
813-274-6028 Email: daniel.marcet@usdoj.gov

Demetrius Sumner, Esq.
U.S. Department of Justice, Public Integrity Section
1301 New York Avenue Suite 10th Floor Washington, DC 20530
202-597-0775 Email: demetrius.sumner2@usdoj.gov

Menno Goedman, Esq.
DOJ-Nsd DC, 950 Pennsylvania Ave. NW
Washington, DC 20530 202-514-2147, Email: menno.goedman@usdoj.gov

Risha Asokan, Esq.
DOJ-USAO, 400 N Tampa St.
Suite 3200 Tampa, FL 33602, 813-274-6000, Email: risha.asokan2@usdoj.gov

Dear Attorneys for the Government and U.S. Attorney's Office:

I write in connection with the case U.S. v. Alexandr Ionov et al., 8:22-cr-00259-WFJ-AEP. I represent Mr. Alexandr Ionov (pro bono). I would like to tentatively schedule a conference in this case after I obtain the Brady documents and start getting to speed.

I refer to the standing Brady Order in this case, Docket ECF 10, of July 29, 2022, and request the Government attorneys to send me the Brady documents at your earliest convenience.

The documents could be directed to this email, in a Dropbox fashion with a pass, whichever method is used in this case, or by a flash drive to my office address at 421 Poinciana Dr. 1422, Sunny Isles Beach, FL 33160.

Please let me know and confirm.

Sincerely, George Lambert

--
Sincerely,

George Lambert, Esq.
THE LAMBERT LAW FIRM
421 Poinciana Dr., # 1422,
Sunny Isles Beach, FL 33160

Tel. (305) 938 0600, Fax (800) 852 1950; Skype george.lambert.10
www.law-miami-lambert.com

Disclaimer.  The present communication may be confidential and subject to attorney-client privilege if received by a client.  If that communication is not intended for the recipient, please discard and delete it.

**Marcet, Daniel (USAFLM)**     Feb 25, 2025, 11:22 AM
to Demetrius, Menno, Risha, me

Hi Mr. Lambert,

Thank you for your email, I am very glad that Mr. Ionov has decided to do the right thing and turn himself in. We are happy to arrange his self-surrender, at which point he can be arraigned and a discovery order will be entered.

Please let us know as soon as possible his flight information for the United States, so we can arrange for his transport to the federal courthouse in Tampa. Once a discovery order is entered, we will comply with it and provide you with all Rule 16 discovery.

V/r,

DANIEL J. MARCET, AUSA
(813) 274-6028

**Office Law <office.law.323@gmail.com>**  Feb 25, 2025, 11:49 AM
to Daniel, Demetrius, Menno, Risha

For Attorney Daniel Marcet, Esq.
U.S. Department of Justice

Dear Attorney Marcet:

Thank you for your email, but I do not understand it. I did not write that my client intended to travel to the U.S. My notice of appearance specifically indicates that all objections to jurisdiction over Mr. Aleksandr Ionov are preserved, which is clear.

By context, I make a comment, though, based on my quick review of the Docket Sheet: the jury acquitted four defendants of one count, and their liability on the other count was adjudged to be only several months of probation. Even that probation is now on appeal. The doctrines of res judicata, collateral estoppel, and/or issue preclusion are proper for invoking.

Please let me know when the Brady materials, under Order Docket ECF 10, are disclosed to my office.

Sincerely, George Lambert

**Marcet, Daniel (USAFLM)**          Feb 25, 2025, 12:22 PM
to Demetrius, Menno, Risha, me

Hi

We will produce discovery (including Rule 16 discovery and *Brady* materials, to the extent any exist) after the Rule 16 discovery order is entered. That happens after arraignment in our District. Once Mr. Ionov is arraigned, we will schedule a pretrial discovery conference pursuant to Rule 16.1, which will take place in person at our office in Tampa within 14 days of the arraignment. We can then agree on a timetable for pretrial discovery—both our productions and yours—as well as discuss trial dates.

DANIEL J. MARCET, AUSA
(813) 274-6028

**Office Law <office.law.323@gmail.com>**  Feb 25, 2025, 12:46 PM
to Daniel, Demetrius, Menno, Risha

For Attorney Daniel Marcet, Esq.
U.S. Department of Justice
cc.: co-counsel for the Government

Dear Attorney Marcet:

Thank you for your email.  It appears to me that you and your esteemed office elect to disobey the Brady rule, to our regret.

Thus, I have no choice but to file a Motion to Compel the Prosecution to Comply with the Brady Obligations.  This represents a meet-and-confer with the Government prior to filing the defendant's Motion to Compel.

Should you change your mind and decide to comply with the Brady rule, please advise me within the next 3 days, while the defendant's Motion is being prepared.

Thank you for your attention to this matter.

Sincerely, George Lambert