UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

Case No.: 8:22-cr-259-WFJ/AEP

ALEKSANDR VIKTOROVICH IONOV,

    Defendant.

### UNITED STATES' RESPONSE IN OPPOSITION TO FUGITIVE DEFENDANTS' MOTION FOR DISCOVERY

On July 26, 2022, Defendant Aleksandr Viktorovich Ionov was charged by Indictment with conspiring to act as an agent of the Russian government, in violation of 18 U.S.C. §§ 371 and 951. Unfortunately, he remains a fugitive and has not yet been apprehended or made an initial appearance in this case.

Nevertheless, on March 3, 2025, an attorney claiming to represent the Defendant filed a "Motion for Brady Materials," seeking to compel the United States to produce discovery to a Defendant who has never been arrested or appeared in this case. As the only support for his Motion, the attorney points to an Order that was automatically entered by the Chief Judge pursuant to the Due Process Protection Act when the Indictment was unsealed on July 29, 2022. *See* Dkt. 10. This Order appears to have been entered in error, as the Due Process Protection Act only comes into play when a Defendant is arrested and makes his initial appearance. *See* Fed. R. Crim. P. 5(f)(1).

For these reasons, the United States respectfully requests that the court deny the Motion. The United States remains ready and willing to produce discovery after the Defendant is arrested and makes his initial appearance.

Respectfully submitted,

| | |
|---|---|
| SARA C. SWEENEY<br>Acting United States Attorney | By: *s/ Daniel J. Marcet*<br>DANIEL J. MARCET<br>RISHA ASOKAN<br>Assistant United States Attorneys<br>Florida Bar No. 0114104<br>400 N. Tampa St., Ste 3200, Tampa, Florida<br>813/274-6000 \| Daniel.Marcet@usdoj.gov |
| JENNIFER K. GELLIE<br>Acting Chief, Counterintelligence and Export Control Section | By: *s/ Menno Goedman*<br>MENNO GOEDMAN<br>Trial Attorney, National Security Division<br>950 Pennsylvania Ave. NW, Washington, DC<br>(202) 451-7626 \| Menno.Goedman@usdoj.gov |